PHILLIP A. TALBERT
United States Attorney
KERRY BLACKBURN
Assistant United States Attorney
CAILY NELSON
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>               v.<br><br>ERNIE HERNANDEZ, et al,<br><br>               Defendants. | CASE NO. 2:24-MJ-78-CKD<br><br>[~~PROPOSED~~] ORDER TO FILE REDACTED COPY OF COMPLAINT |

The government's motion to unseal the above-referenced case as to defendants Ernie Hernandez, Jose Sergio Godinez, and Anthony Phan; keep the complaint and any reference to other persons named in the complaint affidavit that have not been arrested or charged; and file a redacted copy of the sealed complaint is GRANTED.

DATED: June 20, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO FILE REDACTED COPY OF
COMPLAINT